**DISMISS; Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00369-CV

**SENRICK WILKERSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-12857**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

This is an appeal from a 2009 default judgment in a civil forfeiture proceeding. Appellant has filed a motion for out of time appeal asserting he "just learned" that the criminal charge that led to the forfeiture of certain of his property was dismissed and the dismissal entitles him to a return of his property. An appellate court, however, cannot enlarge the time for perfecting a civil appeal beyond the time allowed by the rules of appellate procedure. *See* TEX. R. APP. P. 2; *In re T.W.*, 89 S.W.3d 641, 642 (Tex. App.–Amarillo 2002, no pet.). The deadline to file a notice of appeal runs from the date of judgment or, if notice of the judgment is not received within twenty days after the judgment is signed, from the date notice is received but no later than ninety days from the signing of the judgment. *See* TEX. R. APP. P. 4.2, 26.1. Rule of appellate procedure 26.1 provides four time frames for filing the notice. *See id.* 26.1. These time frames are based on the type of judgment or order being appealed and range from twenty days in

an accelerated appeal to six months in a restricted appeal. *See id.* Additionally, rule 26.3 provides for one fifteen-day extension of time. *See id.* 26.3.

The judgment here is being appealed five years after it was signed, outside any time frame provided by the rules. Accordingly, the appeal is untimely and appellant's motion is denied. And, because the appeal is untimely, we lack jurisdiction over the appeal and dismiss it. *See Harris Cnty. Toll Rd. Auth. v. Sw. Bell Tel.*, 263 S.W.3d 48, 53 (Tex. App.–Houston [1st Dist.] 2006), *affirmed on other grounds by*, 282 S.W.3d 59 (Tex. 2009).

/David Evans/
DAVID EVANS
JUSTICE

140369F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00369-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-08-12857.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from appellant Senrick Wilkerson.

Judgment entered this 31st day of March, 2014.

/David Evans/
DAVID EVANS
JUSTICE